382 A.2d 747

Commonwealth v. Gaines, Appellant.

Submitted April 2, 1976. Donald G. Joel, for appellant; Charles J. Devlin, Jr., Assistant District Attorney, with him F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.